FILED
CLERK, U.S. DISTRICT COURT

April 20, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WENDY DAVIS,<br><br>   Plaintiff,<br><br>   vs.<br><br>MICHAEL L. BANGS AS THE PERSONAL REPRESENTATIVE AND EXECUTOR OF THE ESTATE OF MARK L. BUTLER; DOES 1 through 10, inclusive,<br><br>   Defendants.<br><br>MICHAEL L. BANGS, Executor of the Estate of Mark L. Butler,<br><br>   Counterclaimant,<br><br>   vs.<br><br>WENDY DAVIS,<br><br>   Counter-Defendant. | Case No. 2:20-cv-05738-SB-JDE<br><br>**ORDER DISMISSING THE COMPLAINT AND COUNTERCLAIM**<br><br>Trial Date:    August 2, 2021 |

Following consideration of the Stipulation filed by the parties in this matter, IT IS HEREBY ORDERED that both the Complaint and the Counterclaim are hereby DISMISSED with prejudice as follows:

1. Plaintiff's Complaint, and all claims arising from the facts alleged therein, is DISMISSED with prejudice;
2. Defendant's Counterclaim, and all claims arising from the facts alleged therein, is DISMISSED with prejudice;
3. The Court shall retain jurisdiction to enforce the terms of the confidential Settlement Agreement pursuant to the Parties' agreement; and
4. The Parties will each bear their respective costs and attorneys' fees as incurred in this Action.

**SO ORDERED.**

DATED:  April 20, 2021

_____
Hon. Stanley Blumenfeld, Jr.